**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **DOMINIC PONTELLO** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:18-cv-00233 |
| v. | ) |
| | ) |
| **OCWEN LOAN SERVICING, LLC** | ) |
| | ) |
| Defendant. | ) |

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED that this action against Defendant should be dismissed with prejudice, each party to bear its own costs.

Dated: 3/20/2018

Respectfully submitted,

**PONTELLO & BRESSLER, LLC**

By:   **/s/ Isaac J. Bressler,** MO#66379
406 Boones Lick Rd
St. Charles, MO 63301
Telephone:  (636) 896-4170
Facsimile: (636) 246-0141
ibressler@pontellolaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The below signature certifies that on March 20, 2018, the foregoing was served by e-mail to the following counsel of record:

**SPENCER FANE LLP**
Ryan C. Hardy, MO#62926
1 N. Brentwood Blvd., Ste 1000
St. Louis, MO 63105
Phone: (314) 863-7733
Fax:    (314-862-4656
rhardy@spencerfane.com

**HUNTON & WILLIAMS, LLP**
Aliza Malouf
1445 Ross Ave, Ste 3700
Dallas, TX 75202
amalouf@hunton.com

*Attorneys for Defendant*

/s/ Isaac J. Bressler.